IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IVAN ALEXANDROVICH VETCHER, )<br>A#079570472, )<br>    Petitioner, )<br>vs. )<br>)<br>JEFFERSON SESSIONS, III, )<br>U.S. Attorney General, et al., )<br>    Respondents. ) | No. 3:18-CV-1724-K |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petition for habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** as duplicative as to *Vetcher v. Sessions*, No. 16-30470 (5th Cir.).

SO ORDERED.

Signed August 21st, 2018.

*Ed Kinkeade*
ED KINKEADE
**UNITED STATES DISTRICT JUDGE**