IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IVAN ALEXANDROVICH VETCHER, A#079570472, | ) ) | |
| Petitioner, | ) | |
| vs. | ) | No. 3:18-CV-1724-K (BH) |
| | ) | |
| JEFFERSON SESSIONS, III, U.S. Attorney General, et al., | ) ) | |
| Respondents. | ) | Referred to U.S. Magistrate Judge |

## RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

By *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), before the Court is the movant's *Motion to Proceed In Forma Paupers* on appeal, received on October 2, 2018, in the Fifth Circuit and forwarded to this court (docs. 35, 36).

(**X**)     The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith and that the appeal presents no legal points of arguable merit and is therefore frivolous.

**If the Court denies the request to proceed *in forma pauperis* on appeal, the movant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5).**

**SIGNED this 15th day of October, 2018.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE