IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IVAN ALEXANDROVICH VETCHER, A#079570472, Petitioner, vs. JEFFERSON SESSIONS, III, U.S. Attorney General, et al., Respondents. | No. 3:18-CV-1724-K (BH) |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

(**X**) The application for leave to proceed *in forma pauperis* on appeal is DENIED because the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3) that the appeal is not taken in good faith. Based on the Findings, Conclusions, and Recommendation filed in this case on July 12, 2018 (doc. 25) and on August 7, 2018 (doc. 28), this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

(**X**) Although this court has certified that the appeal is not taken in good faith under 28 U.S. C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the plaintiff may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

**SO ORDERED.**

Signed October 15th, 2018.

ED KINKEADE
UNITED STATES DISTRICT JUDGE